Ann C. Shaw, Plaintiff-Appellee, v. Ralph Bennett, d/b/a McHenry Heating and Air Conditioning, and Herman Gertz, Defendant-Appellant.

Gen. No. 11,287. 

Second District, First Division.

August 28, 1959.

Released for publication September 15, 1959.

John T. Kiggins, for defendant-appellant; Ralph E. Madsen (Harry G. Fins, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.